AUSA: Sean King Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Audra DeWalt Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Arthur Louis Jarvis

Case No. **Case: 2:26−mj−30496**
**Assigned To : Unassigned**
**Assign. Date : 8/19/2026**
**USA V. JARVIS (CMP)(CMC)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 2024 - March 24, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Audra DeWalt, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: August 19, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Audra DeWalt, being first duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) in Detroit, Michigan. I have been employed as a Special Agent since November 2025. My formal education includes a Bachelor of Arts Degree in Psychology from the University of Minnesota and a Juris Doctor from William Mitchell College of Law. Prior to becoming a Special Agent with HSI, I was employed as a Special Agent with the Federal Bureau of Investigation (FBI) for 22 years. I successfully completed FBI New Agents Training at Quantico, Virginia in July 1998, and the Homeland Security Investigations Special Agent Training Program sponsored by the Federal Law Enforcement Training Center in Glynco, Georgia, in January 2026. While employed with HSI, I have investigated federal criminal violations related to child sex trafficking, child exploitation, and child pornography. I have received training on child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography as defined in 18 U.S.C. § 2256 in all forms of media.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Arthur Louis JARVIS, for violations of 18 U.S.C. §§ 2252A(a)(1)

(transportation of child pornography), 2252A(a)(2) (receipt of child pornography), and 2252A(a)(5)(B) (possession of child pornography).

3. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of facts for the limited purpose of establishing probable cause to obtain an arrest warrant for Arthur JARVIS.

**PROBABLE CAUSE**

4. On March 16, 2026, the Detroit Police Department (DPD) received tip number 230462388 from the National Center for Missing and Exploited Children (NCMEC) submitted by Google. Google advised that a Google user uploaded approximately 13 files of child sexually abusive material (CSAM) beginning on or about May 26, 2025. This tip also included a possible suspect who is a registered sex offender. Several of the files observed depicted nude prepubescent girls.

5. I reviewed all 13 media files in NCMEC tip number 230462388 and confirm that all meet the federal definition of child pornography. The files depicted nude, prepubescent females with the approximate ages of 4 to 12 years old posed in sexual positions with exposed genitalia.

6. Google reported that the CSAM media files were uploaded by the subject account associated with Arthur JARVIS, a date of birth (matching information known to law enforcement through database checks), phone numbers ***-***-4345 and ***-***-6454, and the email address, jarvisarthur***@gmail.com. Google also provided the IP address for the logins.

7. Through a subpoena to T-Mobile Internet Services for the identified IP address, DPD received information that the IP address was subscribed to an individual known to law enforcement, and registered at a residence in Detroit, MI. Through other investigative techniques, including database searches, physical surveillance, and search warrants to service providers, DPD linked JARVIS to the Google account and the Detroit residence.

8. JARVIS is a registered sex offender, who was previously convicted twice by the State of Michigan. JARVIS was initially convicted for Felony Assault with Intent to do Great Bodily Harm Less Than Murder in October 2002. While on parole from that sentence in July 2011, JARVIS physically and sexually assaulted the same victim and pled guilty to Felony Criminal Sexual Assault in the First Degree and Felony Assault with Intent to do Great Bodily Harm. JARVIS was sentenced to 12 to 25 years in prison followed by lifetime parole. JARVIS began his parole in October 2023.

9. On March 24, 2026, DPD executed a state search warrant at the Detroit group home where JARVIS resided. JARVIS was present inside the residence. Pursuant to the search warrant, DPD seized numerous electronic devices located in JARVIS's private bedroom within the residence, including three cell phones and two tablets. During the on-scene preview CSAM was found on the devices.

10. On that same day, detectives interviewed JARVIS who was notified of his *Miranda* rights. JARVIS agreed to speak with detectives further and admitted there would be CSAM on devices seized from the residence. JARVIS stated he discovered the photos online when he was searching for war games on the internet on his government phone and downloaded them to his phone. JARVIS stated he first looked at the images when he was at Team Wellness, which would have been during the period from April 2024 to December 2024. When asked by detectives how many CSAM images were on his devices, JARVIS stated "about 20, maybe more."

11. Law enforcement later reviewed a forensic extraction of one of the seized cell phones found in JARVIS's residence (T-Mobile Revvl 7 Pro). The T-Mobile Revvl 7 Pro (Revvl) was associated to the phone number ***-***-4345, the email address teatonjarvisarthur***@gmail.com. The same phone number was associated with the Google account identified in the NCMEC tip, was verified as a ported number associated with JARVIS through a law enforcement database, and

confirmed as the primary contact phone number for JARVIS with the Michigan Department of Corrections Parole Office. JARVIS was in possession of files that meet the federal definition of child pornography. For example, within the Google Photos folder, law enforcement observed a video described below that appeared to have been downloaded from another internet-based messaging platform.

a. A video approximately 23 seconds in length, with associated metadata that appears to indicate it was downloaded on December 10, 2025, at approximately 10:59 PM. The video shows pubescent female approximately 13 to 15 years old based on development, wearing a skirt and sweater with no under garments and sitting against a tree. The female lifts her sweater and bares her breasts and digitally penetrates herself both vaginally and anally.

12. In addition, within the cache data photo folder over 190 photos were identified that meet the federal definition of child pornography. For example, law enforcement observed photographs depicting images of prepubescent females displaying exposed genitals and anus, and being orally and vaginally penetrated by adult male penises. All images appear to have been downloaded from various internet-based messaging platforms.

13. Law enforcement also reviewed a forensic extraction of one of the seized tablets found in JARVIS's residence (Samsung Galaxy Tablet A9). The Samsung Galaxy Tablet A9 (Galaxy) was associated with the phone number ***-***-6454. The same phone number was associated with the Google account identified in the NCMEC tip and was verified as a ported number associated with JARVIS through a law enforcement database. Further review of the contents of the Galaxy revealed JARVIS was in possession of files that meet the federal definition of child pornography. For example, within the Download folder, law enforcement observed a video described below that appeared to have been downloaded from another internet-based messaging platform.

a. A video approximately 18 seconds in length, with associated metadata that appears to indicate it was downloaded on March 14, 2026, at approximately 6:55 PM. The video shows pubescent female approximately 13 to 15 years old based on development, wearing a blue skirt and blouse with no under garments standing under a ceiling fan. The female stands over the camera and lifts her skirt and uses several fingers to rub her vaginal area while swaying from side to side.

14. In addition, within the cache data photo folder over 350 photos were identified that meet the federal definition of child pornography. For example, law

enforcement observed images of prepubescent females displaying exposed genitals and anus, and being vaginally penetrated by adult male penises and fingers, and pubescent females who appeared to be under age 15 based on size and physical development displaying exposed genitals and anus, and being vaginally and orally penetrated by male penises, to include multiple simultaneous penetration. All images appear to have been downloaded from various internet-based messaging platforms.

15. Within the forensic extraction of the same tablet were a series of search terms that had been entered into the tablet on various dates between March 7, 2026, and March 10, 2026, to conduct searches using the Chrome and Samsung Internet Browser search engines, include the following:

a. "8-12yonudism" was used eight times.

b. "Childnudismnaturismpics" was used twenty-seven times.

c. "4-12yonudism" was used twenty-four times.

d. "pictures of nude pre teens naked" was used thirty-six times.

e. Additional search terms included "underagenudismpicsshower", "1nudism.com/free nude pic of naked pre teen pissing", "underagenudismpics", "underage13video", "childnudism", and "nudism14years", among other similar terms.

16. I reviewed a police report dated March 24, 2026, detailing a state search warrant that had been previously executed at the Detroit address. Law enforcement records indicate that JARVIS was living at the same residence since at least December 2024 and through the execution of the March 2026 search warrant. The search terms in combination with the videos and photographs located on the devices are indicative of JARVIS actively seeking to obtain CSAM.

**CONCLUSION**

17. Based on the above, I respectfully submit that there is probable cause to believe that Arthur JARVIS violated 18 U.S.C. §§ 2252A(a)(1) (transportation of child pornography), 2252A(a)(2) (receipt of child pornography), and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Audra DeWalt, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date: August 19, 2026